THE HONORABLE THERESA L. FRICKE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATIANA WESTBROOK, an individual; JAMES WESTBROOK, an individual; HALO BEAUTY PARTNERS, LLC, a Nevada Limited Liability Company,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>KATIE JOY PAULSON, an individual; WITHOUT A CRYSTAL BALL, LLC, a Minnesota Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　Defendants. | NO. 2:20-cv-01606-TLF<br><br>**PLAINTIFF HALO BEAUTY PARTNERS, LLC'S CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Plaintiff Halo Beauty Partners, LLC discloses that:

　　　　(1) there is no parent corporation or publicly held corporation owning more than 10% of the entity's membership interest;

　　　　(2) Members of Halo Beauty Partners, LLC are Tati Halo, Inc., Halo Beauty, Inc., and Swanson Global Enterprises, Inc.; and

　　　　(3) The citizenship of each member is as follows:

**PLAINTIFF HALO BEAUTY PARTNERS, LLC'S CORPORATE DISCLOSURE STATEMENT -1**
(2:20-cv-01606-TLF)

**CARROLL, BIDDLE, & BILANKO, PLLC**
1000 2nd Avenue, Suite 3100
Seattle, WA  98104

a. Halo Beauty, Inc. is a citizen of Nevada;

b. Tati Halo, Inc. is a citizen of Washington; and

c. Swanson Global Enterprises, Inc. is a citizen of Nevada.

Dated: November 2, 2020

        CARROLL, BIDDLE, & BILANKO, PLLC

By:   */s/ Jeffrey E. Bilanko*
       Jeffrey E. Bilanko, WSBA 38829

     */s/ Susan K. Kaplan*
     Susan K. Kaplan, WSBA 40985

Carroll, Biddle, & Bilanko, PLLC
1000 2nd Avenue, Suite 3100
Seattle, WA 98104
Phone: (206) 338-1496
Tel.: (206) 338-1518
Email: jbilanko@cbblegal.com
Email: skaplan@cbblegal.com
Attorneys for Plaintiffs

JACOBSON, RUSSELL, SALTZ, & NASSIM & DE LA TORRE LLP

By:   */s/ Michael J. Saltz*
     Michael J. Saltz

By:   */s/ Elana R. Levine*
     Elana R. Levine

JACOBSON, RUSSELL, SALTZ, & NASSIM & DE LA TORRE LLP
Michael J. Saltz
Elana R. Levine
1880 Century Park East, Suite 900
Los Angeles, CA 90067
Telephone: (310) 446-9900
Facsimile: (310) 446-9909
Email: msaltz@jrsnd.com

**PLAINTIFF HALO BEAUTY PARTNERS, LLC'S CORPORATE DISCLOSURE STATEMENT -2**
(2:20-cv-01606-TLF)

**CARROLL, BIDDLE, & BILANKO, PLLC**
1000 2nd Avenue, Suite 3100
Seattle, WA 98104

Email: lani@jrsnd.com
Attorneys for Plaintiffs
*Admitted pro hac vice*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**PLAINTIFF HALO BEAUTY PARTNERS, LLC'S CORPORATE DISCLOSURE STATEMENT -3**
(2:20-cv-01606-TLF)

**CARROLL, BIDDLE, & BILANKO, PLLC**
1000 2nd Avenue, Suite 3100
Seattle, WA  98104