THE HONORABLE BARBARA JACOBS ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATIANA WESTBROOK, an individual; JAMES WESTBROOK, an individual; HALO BEAUTY PARTNERS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>KATIE JOY PAULSON, an individual; WITHOUT A CRYSTAL BALL, LLC, a Minnesota Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | NO. 2:20-cv-01606-BJR<br><br>**DECLARATION OF KIM FULMER** |

I, Kim Fulmer, hereby state as follows:

1. I am over the age of eighteen and am competent to testify to the facts alleged herein.

2. I am a resident of North Carolina.

3. I was a moderator for the live stream of one of Katie Joy Paulson's YouTube channel, "Without a Crystal Ball," from in or around July 2019 through in or around August 2019.

**DECLARATION OF KIM FULMER-1**
(2:20-CV-01606-BJR)

CARROLL, BIDDLE, & BILANKO, PLLC
1000 2nd Avenue, Suite 3100
Seattle, WA 98104

4. I became a moderator for Ms. Paulson after being a subscriber to her YouTube channel for about a month, starting in or around June 2019.

5. Ms. Paulson reached out to me for help moderating her YouTube livestream after I had interacted with her as a subscriber.

6. Part of my duties as a moderator was to delete negative comments written regarding Ms. Paulson in the live stream chat boxes.

7. In addition to moderating for Ms. Paulson I also have my own YouTube channel called "Unveiling the Mask." I also have a Twitter account with the username @unveiling_.

8. In around August 2019, I had a falling out with Ms. Paulson, and she blocked me as a moderator.

9. After I stopped moderating for Ms. Paulson, another subscriber and supporter of Ms. Paulson's YouTube channel and Twitter page, "Without a Crystal Ball," and @woacbofficial respectively, who I know to be Lori Ann Barnhart (Twitter usernames Lori Ann / @bloodtall and @lab05059) threatened multiple individuals, including myself, with violence on Twitter. Specifically, because of my falling out with Ms. Paulson, Lori Ann Barnhart made threats against me and threatened to have me murdered by a biker gang. Below are actual screenshots from May 2020 that I obtained from my Twitter account that contain Ms. Barnhart's public threats of violence against myself and others.

**DECLARATION OF KIM FULMER-2**
(2:20-CV-01606-BJR)

CARROLL, BIDDLE, & BILANKO, PLLC
1000 2nd Avenue, Suite 3100
Seattle, WA 98104



DECLARATION OF KIM FULMER-3
(2:20-CV-01606-BJR)

CARROLL, BIDDLE, & BILANKO, PLLC
1000 2nd Avenue, Suite 3100
Seattle, WA  98104





10. After receiving the threats of violence, I personally conducted an investigation and determined that Ms. Barnhart is a resident of the State of Washington, and that she works for the Office of the Secretary of Transportation for the State of Washington. Here is a link to the Washington Office of the Secretary of Transportation, which lists Ms. Barnhart as "Capital Projects and Business Services Planner" https://wsdot.wa.gov/sites/default/files/2020/03/27/PT-

PhoneDirectory-WashingtonStatePublicTransportation.pdf. A redacted screenshot from this webpage, as it existed on December 18, 2020 is below :

### WSDOT Office of the Secretary of Transportation

PO Box 47316
Olympia, WA 98504-7316
360-705-7054
Fax: 360-705-6800
Website: www.wsdot.wa.gov

Location:
310 Maple Park Ave., SE
Olympia, WA 98501-2348

| Position | Name | Phone | Email |
|---|---|---|---|
| Secretary of Transportation | | | |
| Executive Asst to Secretary | | | |
| Deputy Secretary | | | |
| Executive Asst to Deputy Sec. | | | |
| Front Desk Receptionist | | | |

### WSDOT Public Transportation Division

PO Box 47387
Olympia, WA 98504-7387
Fax: 360-705-6820
Website: www.wsdot.wa.gov/transit

Olympia Location:
310 Maple Park Ave. SE
Olympia, WA 98501-7387

Seattle Location:
401 2nd Ave. S., Suite 300
Seattle, WA 98104-3850

| Position | Name | Phone | Email |
|---|---|---|---|
| Director | | | |
| Assistant Director | | | |
| Executive Assistant (Director) | | | |
| Administrative Assistant | | | |
| Asset Management | | | |
| Business Analyst | | | |
| Business Analyst | | | |
| Business Planner/Fiscal Contracts | | | |
| Business Services Planner | | | |
| Capital Program Delivery and Business Services Manager | | | |
| Capital Programs and Federal Funds Analyst | | | |
| Capital Programs Planner | | | |
| Capital Projects and Business Services Planner | Lori Barnhart | 360-705-7874 | barnhal@wsdot.wa.gov |
| Capital Projects Planner | | | |
| Capital Projects Engineer | | | |
| Community Liaison | | | |
| Community Liaison | | | |
| Community Liaison | | | |
| Community Liaison | | | |
| Community Liaison | | | |
| Community Liaison | | | |
| Community Liaison Lead | | | |
| Data Analyst | | | |
| Data Analyst | | | |
| Data Analyst | | | |
| Data Analyst | | | |
| Data Analyst | | | |
| Data Analyst | | | |
| Data Analyst | | | |
| FTA Compliance Administrator | | | |

11. I have observed tweets from the @woacbofficial Twitter page, which is I am informed by Ms. Paulson herself that she operates. In certain tweets, Ms. Paulson has interacted with Ms. Lori Ann Barnhart, and vice versa. In one tweet, Ms. Paulson refers to an account that I believe belongs to Ms. Barnhart (Lori Ann/ @bloodtall) as one of her "fiercest and loyalist" supporters. Below are some screenshots of tweets that I obtained from my Twitter account:



12. Below are screenshots of additional tweets that I obtained from my Twitter account showing a relationship between Lori Ann Barnhart (@Bloodtall) and Katie Joy Paulson

**DECLARATION OF KIM FULMER-7**
(2:20-CV-01606-BJR)

CARROLL, BIDDLE, & BILANKO, PLLC
1000 2nd Avenue, Suite 3100
Seattle, WA 98104

(@woacbofficial). The screenshot of the first tweet is from May 2020 and the second screenshot is from a tweet from November 6, 2020.


13. I have also obtained screenshots of other tweets from Lori Ann Barnhart's Twitter page @bloodtall wherein Ms. Barnhart publicly displays her support of Ms. Paulson in her page description and in her tweets. In a screenshot of one tweet from June 20, 2020, Ms. Barnhart defends Ms. Paulson against internet trolls – a subset of people that harass others on the internet:



14. I have also observed a video published on December 8, 2020 on Ms. Paulson's YouTube channel named Without a Crystal Ball wherein Ms. Paulson is featured. The name of the video I viewed is "Lori Loughlin's Daughter Olivia Jade's Says She Didn't Know It Was Wrong to Cheat to Get Into USC," and can be found at https://youtu.be/z97KQgkMWGQ. Ms.

Paulson is seen in this video at the 12:51 time mark sharing her computer screen for all of her viewers to see. At the 12:51 time mark, Ms. Paulson shows all her viewers her Twitter page screen, which has a list of people with whom Ms. Paulson was communicating privately through Twitter's direct message feature. This direct message list that Ms. Paulson showed all of her viewers contains Ms. Barnhart's name and account on the bottom, and information showing that Ms. Paulson and Ms. Barnhart were conversing privately with one another as late as December 2, 2020. The following is a true and correct screenshot of the 12:51 time mark of the aforementioned video from Ms. Paulson's YouTube channel where in Ms. Paulson shows her Twitter computer direct message list, with Ms. Barnhart's direct message information disclosed at the bottom right corner:



15.     In addition to Ms. Barnhart making threats involving violence, I was disturbed to discover in my investigation of Ms. Barnhart that she had criminal charges involving acts of

violence filed against her in the State of Washington. Based upon this discovery and the prior threats that Ms. Barnhart has made against me personally and others generally, I have been, and continue to be in reasonable fear for my and my family's personal safety, from both Ms. Barnhart and Ms. Paulson, as it is my personal observation that Ms. Paulson intentionally instructs, encourages, and/or condones Ms. Barnhart's harassment and intimidation of Ms. Paulson's perceived enemies. Attached hereto as Exhibit "1" is a true and correct copy of redacted charging documents against Lori Ann Barnhart from 2012 obtained from the Superior Court of Washington Snohomish County, which are publicly on the Court's website at: https://snohomishcountywa.gov/197/Superior-Court.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

SIGNED on December 19, 2020.

_____
Kim Fulmer

**DECLARATION OF KIM FULMER-11**
(2:20-CV-01606-BJR)

**CARROLL, BIDDLE, & BILANKO, PLLC**
1000 2nd Avenue, Suite 3100
Seattle, WA  98104

**EXHIBIT "1"**

FILED
2012 JUL 27 AM 11:09
SONYA KRASKI
COUNTY CLERK
SNOHOMISH CO. WASH

CL15739114

SUPERIOR COURT OF WASHINGTON
FOR SNOHOMISH COUNTY

THE STATE OF WASHINGTON,

Plaintiff,

v.

BARNHART, LORI ANN

Defendant.

No. 12-1-01609-1

SUMMONS

THE STATE OF WASHINGTON TO:

LORI ANN BARNHART

STANWOOD, WA

You are hereby charged with a criminal offense by Information on file in this court.
THEREFORE, in the name of the State of Washington, you are commanded to appear on AUGUST 13, 2012, at 3:00 PM, for Arraignment Hearing. Report to Room 304, 3rd Floor, Snohomish County Courthouse, 3000 Rockefeller Ave., Everett, Washington.

FAILURE TO APPEAR WILL RESULT IN A WARRANT BEING ISSUED FOR YOUR ARREST.

| I hereby certify that I deposited in the United States mail a properly addressed envelope directed to the above name and address containing a copy of the attached information and this summons directing appearance in Superior Court on the above-mentioned date. | Sonya Kraski, Snohomish County Clerk and ex-officio Clerk of this Court. <br><br> By _[signature]_ Deputy Clerk <br> Issued: JUL 19 2012 |

Name or ID# _Jean Maynard_
DATED: 7-27-12

IF YOU WANT TO HAVE A LAWYER TO REPRESENT YOU IN THIS CASE, YOU SHOULD APPEAR IN COURT WITH YOUR LAWYER ON THE DATE INDICATED ABOVE. IF YOU CANNOT AFFORD A LAWYER AND BELIEVE YOU MAY BE ELIGIBLE FOR A LAWYER APPOINTED AT PUBLIC EXPENSE, YOU SHOULD AS SOON AS POSSIBLE, CONTACT THE DEPARTMENT OF ASSIGNED COUNSEL AT 3000 ROCKEFELLER RM C103, EVERETT, WASHINGTON AT (425-388-3500) 8:30 AM TO 11:45 AM AND 1:00 PM TO 4:00 PM. A $10.00 SCREENING FEE WILL BE ASSESSED AT THE TIME YOUR ELIGIBILITY FOR APPOINTED COUNSEL IS DETERMINED. THAT FEE MAY BE WAIVED UNDER CERTAIN CIRCUMSTANCES. YOU SHOULD CONTACT YOUR LAWYER OR THE DEPARTMENT OF ASSIGNED COUNSEL AT LEAST 24 HOURS IN ADVANCE.

Summons Page 1
St. v. BARNHART, LORI ANN
PA #1       Saved 7/19/12 [2/8/12]

Snohomish County Prosecuting Attorney
S:\Felony\Forms\Charging\summons_pkg.dotx
VIO/TSD/jam

5