The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATIANA WESTBROOK, an individual; JAMES WESTBROOK, an individual; HALO BEAUTY PARTNERS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>KATIE JOY PAULSON, an individual; WITHOUT A CRYSTAL BALL, LLC, a Minnesota Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | NO.  2:20-cv-01606 BJR<br><br>[PROPOSED] STIPULATED ORDER STAYING DISCOVERY PENDING RESOLUTION OF DEFENDANTS' PERSONAL JURISDICTION CHALLENGE<br><br>NOTED: January 5, 2021 |

WHEREAS, on December 2, 2020, Defendants moved to dismiss Plaintiffs' Complaint on several grounds, including a lack of personal jurisdiction over Defendants in this forum (Dkt. 17);

WHEREAS, Plaintiffs filed their opposition to that Motion on December 23, 2020;

WHEREAS, at the parties' Rule 26(f) conference on Friday, December 18, 2020, Defendants informed Plaintiffs of their desire to stay all discovery in this action, including initial disclosures, pending this Court's resolution of their challenge to personal jurisdiction;  and

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

WHEREAS, Plaintiffs are amenable to such a stay, with the exception set forth below, and on the terms set forth below.

NOW, THEREFORE, Plaintiffs and Defendants, by and through their respective undersigned counsel, hereby stipulate to this Court's entry of the following Order:

## ORDER

**THIS MATTER** COMES BEFORE THE Court upon the parties' Stipulation and Proposed Order Staying Discovery.  Based on the parties' Stipulation, and for good cause shown, it is hereby **ORDERED** that:

1.      Discovery in this matter, including initial disclosures pursuant Fed. R. Civ. P. 26(a), is stayed pending this Court's resolution of Defendants' motion challenging personal jurisdiction (Dkt. 17), with the sole exception that nothing in this Stipulation and Order shall prevent Plaintiffs from issuing subpoenas for Lori Ann Barnhart's social media and other internet content as well as her communications with Defendants for the purpose of preserving evidence that Plaintiffs believe may be lost in the absence of such subpoenas.

2.      Defendants retain any rights they may otherwise have to object to any subpoena described in paragraph 1 above, on any grounds other than that such subpoena violates this Stipulation and Order.

3.      In the event this Court determines it may exercise personal jurisdiction over Defendants, this stay will be lifted automatically, without further order of this Court, and the parties shall fulfill their obligations under Rule 26(a) within 14 days of this Court's entry of such an order on Defendants' Motion.

/ /

/

STIPULATED ORDER STAYING DISCOVERY PENDING
RESOLUTION OF DEFENDANTS' PERSONAL
JURISDICTION CHALLENGE - 2

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this _____ day of January, 2021.

_____

The Honorable Barbara J. Rothstein

Presented by:

GORDON TILDEN THOMAS & CORDELL LLP
Attorneys for Defendants

By:    /s/ Michael P. Brown_____
        Michael P. Brown
        600 University Street, Suite 2915
        Seattle, Washington  98101
        Phone: (206) 467-6477
        Email: mbrown@gordontilden.com

CARROLL, BIDDLE, & BILANKO, PLLC
Attorneys for Plaintiffs

By:    /s/ Jeffrey E. Bilanko_____
        Jeffrey E. Bilanko, WSBA 38829

        /s/ Susan K. Kaplan_____
        Susan K. Kaplan, WSBA 40985
        1000 2nd Avenue, Suite 3100
        Seattle, Washington  98104
        Phone: (206) 338-1496
        Email: jbilanko@cbblegal.com
        Email: skaplan@cbblegal.com

JACOBSON, RUSSELL, SALTZ, & NASSIM & DE LA TORRE LLP
Attorneys for Plaintiffs

By:    /s/ Michael J. Saltz_____
        Michael J. Saltz (admitted *pro hac vice*)

By:    /s/ Elana R. Levine_____
        Elana R. Levine (admitted *pro hac vice*)
        1880 Century Park East, Suite 900
        Los Angeles, CA  90067
        Phone: (310) 446-9900
        Email: msaltz@jrsnd.com
        Email: lani@jrsnd.com

STIPULATED ORDER STAYING DISCOVERY PENDING
RESOLUTION OF DEFENDANTS' PERSONAL
JURISDICTION CHALLENGE - 3

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477