THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATIANA WESTBROOK, an individual; JAMES WESTBROOK, an individual; HALO BEAUTY PARTNERS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>KATIE JOY PAULSON, an individual; WITHOUT A CRYSTAL BALL, LLC, a Minnesota Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | NO. 2:20-cv-01606-BJR<br><br>**PLAINTIFFS' PROPOSED ALTERNATIVE TO FILING RECORDS UNDER SEAL** |

Local Rule 5(g)(1) states that a "(1) A party must explore all alternatives to filing a document under seal."

Local Rule 5(3)(B) further states that a motion to file under seal must set forth: "the reasons for keeping a document under seal, including an explanation of:

i.   the legitimate private or public interests that warrant the relief sought;

ii.  the injury that will result if the relief sought is not granted; and

**PLAINTIFFS' PROPOSED ALTERNATIVE TO FILING RECORDS UNDER SEAL - 1**
(2:20-CV-01606-BJR)

**CARROLL, BIDDLE, & BILANKO, PLLC**
1000 2nd Avenue, Suite 3100
Seattle, WA 98104

   iii. why a less restrictive alternative to the relief sought is not sufficient."

  Defense Counsel wishes to file documents under seal that he claims disclose purported mental health issues of a third-party witness. Plaintiffs agree that the disclosure of such information should not be made public. However, Plaintiffs' concern is that should Defense Counsel file a Motion to Seal said documents, and fail to meet the high burden imposed by the Local Rules as to the sealing of documents, that the contents of said documents containing such private information about a third-party witness would automatically become public. As such, pursuant to Local Rule 5(3)(B)iii, a less restrictive alternative exists that otherwise does not place a third party witness's information at risk for becoming public.

  Specifically, because the Court has inherent authority over its proceedings, and the ability to spare a non-party witness public embarrassment, Plaintiffs respectfully propose that Defendants submit the sensitive information at issue for in camera review. This can be done via an email from Defendants' Counsel to the Court and Plaintiffs' Counsel with the confidential documents attached thereto. This is a less restrictive alternative to achieve the result of the disclosure of a third-party witness's private and sensitive information.

  Despite Plaintiffs proposing a less restrictive means of submitting sensitive information, Plaintiffs wish to make it clear that Plaintiffs do not stipulate that the documents are appropriate for use or filing in this case by Defense Counsel. As such, Plaintiffs hereby expressly reserve any and all right to object to the submission and use of such information, and to otherwise argue against the proposition for which Defendants are submitting such information to this Court.

Dated: January 26, 2021

            CARROLL, BIDDLE, & BILANKO, PLLC

**PLAINTIFFS' PROPOSED ALTERNATIVE TO FILING RECORDS UNDER SEAL - 2**
(2:20-CV-01606-BJR)

**CARROLL, BIDDLE, & BILANKO, PLLC**
1000 2nd Avenue, Suite 3100
Seattle, WA 98104

1
2    By:   */s/ Jeffrey E. Bilanko*
            Jeffrey E. Bilanko, WSBA 38829
3
4          */s/ Susan K. Kaplan*
           Susan K. Kaplan, WSBA 40985
5
6          Carroll, Biddle, & Bilanko, PLLC
           1000 2nd Avenue, Suite 3100
           Seattle, WA 98104
7          Phone: (206) 338-1496
           Phone: (206) 338-1518
8          Email: jbilanko@cbblegal.com
           Email: skaplan@cbblegal.com
9          Attorneys for Plaintiffs
10
11         JACOBSON, RUSSELL, SALTZ, NASSIM
           & DE LA TORRE LLP
12
13   By:   */s/ Michael J. Saltz*
            Michael J. Saltz
14
15   By:   */s/ Elana R. Levine*
            Elana R. Levine
16
           JACOBSON, RUSSELL, SALTZ,
17         NASSIM & DE LA TORRE LLP
           1880 Century Park East, Suite 900
18         Los Angeles, CA  90067
           Telephone: (310) 446-9900
19         Facsimile: (310) 446-9909
           Email: msaltz@jrsnd.com
20         Email: lani@jrsnd.com
           Attorneys for Plaintiffs
21         *Admitted pro hac vice*
22
23
24
25
26

**PLAINTIFFS' PROPOSED ALTERNATIVE TO FILING RECORDS UNDER SEAL - 3**
(2:20-CV-01606-BJR)

**CARROLL, BIDDLE, & BILANKO, PLLC**
1000 2nd Avenue, Suite 3100
Seattle, WA  98104

# CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States that on this day a true and accurate copy of the document to which this declaration is affixed was filed with the above-entitled Court through CM/ECF and was sent as indicated below on this day, to:

**Attorneys for Defendants**:
Michael P. Brown
Gordon Tilden Thomas & Cordell LLP
600 University Street, Suite 2915
Seattle, WA 98101
Tel.: (206) 467-6477

☐ U.S. Mail Postage Prepaid
☒ CM/ECF
☐ Hand Delivery
☐ Email: mbrown@gordontilden.com

cc: cswanson@gordontilden.com

DATED this 26th day of January 2021.

/s/ Jason Bilanko
Jason Bilanko, Paralegal

**PLAINTIFFS' PROPOSED ALTERNATIVE TO FILING RECORDS UNDER SEAL - 4**
(2:20-CV-01606-BJR)

**CARROLL, BIDDLE, & BILANKO, PLLC**
1000 2nd Avenue, Suite 3100
Seattle, WA 98104