The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TATIANA WESTBROOK, an individual;
JAMES WESTBROOK, an individual;
HALO BEAUTY PARTNERS, LLC, a
Nevada Limited Liability Company,

    Plaintiffs,

  v.

KATIE JOY PAULSON, an individual;
WITHOUT A CRYSTAL BALL, LLC, a
Minnesota Limited Liability Company; and
DOES 1 through 100, inclusive,

    Defendants.

NO.   2:20-cv-01606 BJR

DEFENDANTS' PRAECIPE RE: REPLY
IN SUPPORT OF MOTION FOR
STATUS CONFERENCE

Pursuant to Local Rule 7(m), Defendants file this Praecipe to present the Supplemental Declaration of Katherine Paulson in support of their reply in support of their motion for a status conference (Dkt. 48). Defendants were unable to electronically file this on the night of January 29, 2021, because of a code embedded in the document. Defendants emailed this document directly to Plaintiffs' counsel on the night of January 29, to ensure they received it by the filing deadline, and have now been able to remove the code.

DEFENDANTS' PRAECIPE

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

DATED this 30th day of January, 2021.

**GORDON TILDEN THOMAS & CORDELL** LLP
Attorneys for Defendants

By _____ s/ *Michael P. Brown*_____
     Michael P.  Brown, WSBA #45618
     600 University Street, Suite 2915
     Seattle, Washington 98101
     206.467.6477
     mbrown@gordontilden.com

DEFENDANTS' PRAECIPE

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

DEFENDANTS' REQUEST FOR LEAVE TO RESPOND - 1

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477