The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATIANA WESTBROOK, an individual; JAMES WESTBROOK, an individual; HALO BEAUTY PARTNERS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>KATIE JOY PAULSON, an individual; WITHOUT A CRYSTAL BALL, LLC, a Minnesota Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | NO.   2:20-cv-01606 BJR<br><br>SUPPLEMENTAL DECLARATION OF KATHERINE PAULSON IN SUPPORT OF DEFENDANTS' MOTION FOR STATUS CONFERENCE |

Katherine Paulson declares as follows:

1. I am over the age of 18 and am named as a defendant in this action. I make this declaration based on personal knowledge.

2. I make this declaration in support of Defendants' motion for a status conference regarding Plaintiffs' counsel's use of social media and threats of criminal prosecution.

SUPPLEMENTAL DECLARATION OF
KATHERINE PAULSON - 1

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

3. I have reviewed the Declaration of Natalie Kennett filed by Plaintiffs (Dkt. 46-3). That declaration falsely accuses me of attempting to hack into Ms. Kennett's accounts and otherwise harassing her, and alleges that I was somehow involved in what appear to have been vicious and cruel online attacks on her in my name. I have never attempted to hack into her accounts and I have done nothing to harass her. I have never asked or coordinated with anyone to hack into her accounts or to harass her. The messages Ms. Kennett claims she received are vile and cruel. I did not and would not send these or ask anyone to send them on my behalf. I myself have received numerous personal attacks since this lawsuit began. I address specific paragraphs and images below.

4. Paragraph 6: I did not say I had to delete videos because of the lawsuit or for my safety.

5. Paragraph 7: The entire image is fabricated. I never wrote the words attributed to me in this image, nor did I ever fear "facing charges" because of anything I wrote about Tati Westbrook.

6. Paragraphs 14 & 18: I have never asked anyone to "go after," harass, intimidate, or punish Ms. Kennett nor have I "worked with" anyone, "closely" or otherwise, to harass, hack, threaten, punish, or intimidate her.

7. Paragraph 23: I have never attempted to gain access to Ms. Kennett's email account. Recently, on a number of occasions, I have received notifications that my publicly-available email address has been used in an apparent attempt to gain unauthorized access to email and social media accounts. I have not done this. I believe others are doing this to manufacture "evidence" that I have made these improper attempts. Anyone with my email address—which is on my website—can do this. I addressed this in my first declaration, Dkt. 40.

8. Ex. 3 at p. 43: I did *not* write "Don't tell anyone I deleted anything or il [sic] sue you." Nor would I. This is a fabricated screenshot. Attached as Exhibit A is a true and correct screenshot of the actual conversation between Ms. Kennett and myself. Exhibit A shows a

SUPPLEMENTAL DECLARATION OF
KATHERINE PAULSON - 2

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

comparison of the genuine screenshot (left side) and the doctored one (right side). Ms. Kennett deleted my actual comment—"Half these people have me blocked"—and replaced it with a different text bubble saying "Don't tell anyone I deleted anything or il [sic] sue you." The Court will note that the misspelling of "I'll" is consistent with Ms. Kennett's numerous misspellings in her messages and, more importantly, that exact misspelling is repeated twice in the fake email discussed next.

9. Ex. 4 at 49. Ms. Kennett does *not* accuse me of sending this faked email, and in fact I did not. However, the Court will note that the exact same misspelling of "I'll" from the Instagram message in paragraph 8 above—"il"—is repeated *twice* in this fake email. Further, I never sent Ms. Kennett any emails at all. The Court should note that Ms. Kennett has now forwarded to Plaintiffs' counsel fake emails from my attorney, Michael Brown, containing similar threats. Plaintiffs' counsel apparently concedes Mr. Brown did not write these either. Further still, the phrase "it don't wash with me" is something I had never heard or seen or used before reading this. Also, I would *never* refer to my son as "severely impaired" (he has Level One autism and is medically fragile, *not* "severely impaired"). Finally, while this email has me saying I have 4 million views and 120,000 subscribers, in fact I have **50** million views and 135,000 subscribers. These are not facts I would have misstated if I had written the email.

10. I had nothing to do with the other messages reflected in Exhibits 1, 2, and 5 – 9. The Facebook screenshots in Exhibit 5 are fakes. Nothing like this was ever posted to my Facebook account.

/ / / / / / / / / / /

/ / / / / / / / / / /

/ / / / / / / / / /

/ / / / / / / / / /

SUPPLEMENTAL DECLARATION OF
KATHERINE PAULSON - 3

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

I declare pursuant to the laws of perjury of the United States of America that the foregoing is true and correct.

DATED this 29th day of January, 2021 at Hanover, Minnesota.

*Katherine Paulson*

Katherine Paulson

SUPPLEMENTAL DECLARATION OF
KATHERINE PAULSON - 4

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

# Ex. A

