The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATIANA WESTBROOK, an individual; JAMES WESTBROOK, an individual; HALO BEAUTY PARTNERS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>KATIE JOY PAULSON, an individual; WITHOUT A CRYSTAL BALL, LLC, a Minnesota Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | NO.  2:20-cv-01606 BJR<br><br>[PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION TO SEAL |

THIS MATTER came before the Court on parties' Joint Motion to Seal Docket 52. The Court has duly considered the argument, pleadings, papers, declarations, and exhibits submitted by the parties. The Court finds that the medical privacy interest of non-party witness Lori Ann Barnhart constitutes the requisite compelling reason to warrant the sealing of Docket 52.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Joint Motion to Seal is GRANTED. The Clerk shall maintain Docket 52 under seal.

DATED this _____ day of February, 2021.

_____
The Honorable Barbara J. Rothstein
U.S. District Court Judge

Presented by:

GORDON TILDEN THOMAS & CORDELL LLP

By: /s/ Michael P. Brown
Michael P. Brown, WSBA 45618
600 University Street, Suite 2915
Seattle, Washington 98101
Attorneys for Defendants

CARROLL, BIDDLE, & BILANKO, PLLC

By: /s/ Jeffrey E. Bilanko
Jeffrey E. Bilanko, WSBA 38829

/s/ Susan K. Kaplan
Susan K. Kaplan, WSBA 40985

1000 2nd Avenue, Suite 3100
Seattle, Washington 98104
Attorneys for Plaintiffs

JACOBSON, RUSSELL, SALTZ,
NASSIM & DE LA TORRE LLP

By: /s/ Michael J. Saltz
Michael J. Saltz
(Admitted *Pro Hac Vice*)

By: /s/ Elana R. Levine
Elana R. Levine
(Admitted *Pro Hac Vice*)

1880 Century Park East, Suite 900
Los Angeles, California 90067
Attorneys for Plaintiffs