The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATIANA WESTBROOK, an individual; JAMES WESTBROOK, an individual; HALO BEAUTY PARTNERS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>KATIE JOY PAULSON, an individual; WITHOUT A CRYSTAL BALL, LLC, a Minnesota Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | NO.  2:20-cv-01606 BJR<br><br>[PROPOSED] STIPULATED ORDER REGARDING MOTION TO SEAL (DKT. 52) |

Pursuant to the Court's January 29, 2021, guidance (Dkt. 47) regarding Defendants' Motion to Seal (Dkt. 51), the parties, through their undersigned counsel, stipulate to the Court's entry of the following order:

**ORDER**

**THIS MATTER** COMES BEFORE THE Court upon the parties' Stipulation and Proposed Order Regarding Defendants' Motion to Seal.  Based on the parties' Stipulation, and for good cause shown, it is hereby **ORDERED** that:

STIPULATED ORDER REGARDING
MOTION TO SEAL - 1

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

1. If and to the extent Defendants' Motion to Seal (Dkt. 51) is denied, the Clerk shall maintain Docket No. 52 (Second Supplemental Brown Declaration) under seal until further order of the Court.

2. If and to the extent Defendants' Motion to Seal is denied, the parties shall promptly meet and confer to discuss whether Defendants wish to withdraw Docket 52 rather than have those documents, or any portions thereof that have not qualified for sealing, made part of the Court's public record. Defendants shall notify the Court of their election within seven (7) days of the Court's order on their Motion to Seal.

DATED this _____ day of February, 2021.

_____
The Honorable Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

GORDON TILDEN THOMAS & CORDELL LLP

By: /s/ Michael P. Brown
Michael P. Brown, WSBA 45618
600 University Street, Suite 2915
Seattle, Washington 98101
Attorneys for Defendants

CARROLL, BIDDLE, & BILANKO, PLLC

By: /s/ Jeffrey E. Bilanko
Jeffrey E. Bilanko, WSBA 38829

/s/ Susan K. Kaplan
Susan K. Kaplan, WSBA 40985

1000 2nd Avenue, Suite 3100
Seattle, Washington 98104
Attorneys for Plaintiffs

STIPULATED ORDER REGARDING
MOTION TO SEAL - 2

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

JACOBSON, RUSSELL, SALTZ,
NASSIM & DE LA TORRE LLP

By: /s/ *Michael J. Saltz*
Michael J. Saltz
(Admitted *Pro Hac Vice*)

By: /s/ *Elana R. Levine*
Elana R. Levine
(Admitted *Pro Hac Vice*)

1880 Century Park East, Suite 900
Los Angeles, California  90067
Attorneys for Plaintiffs

STIPULATED ORDER REGARDING
MOTION TO SEAL - 3

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477