The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATIANA WESTBROOK, an individual; JAMES WESTBROOK, an individual; HALO BEAUTY PARTNERS, LLC, a Nevada Limited Liability Company,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KATIE JOY PAULSON, an individual; WITHOUT A CRYSTAL BALL, LLC, a Minnesota Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | NO.  2:20-cv-01606 BJR<br><br>DEFENDANTS' NOTICE OF WITHDRAWAL OF DOCKET 51 – DEFENDANTS' MOTION TO SEAL |

DEFENDANTS' NOTICE OF WITHDRAWAL

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

Defendants provide this Notice of Withdrawal of Defendants' Motion to Seal (Dkt. 51). Defendants are withdrawing Docket 51 because it was superseded by the Parties' Joint Motion to Seal (Dkt. 53).

DATED this 1st day of February, 2021.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants

By   s/ *Michael P. Brown*
Michael P. Brown, WSBA #45618
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
mbrown@gordontilden.com

DEFENDANTS' REPLY ISO MOTION FOR STATUS CONFERENCE - 1

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477