The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATIANA WESTBROOK, an individual; JAMES WESTBROOK, an individual; HALO BEAUTY PARTNERS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>KATIE JOY PAULSON, an individual; WITHOUT A CRYSTAL BALL, LLC, a Minnesota Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | NO.  2:20-cv-01606 BJR<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SANCTIONS |

THIS MATTER came before the Court on Defendants' Motion for Sanctions.  The Court has duly considered the argument, pleadings, papers, declarations, and exhibits submitted by the parties.

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED. The Court finds that Plaintiffs' counsel has engaged in the sort of bad faith conduct that 28 U.S.C. § 1927 and the Court's inherent power are meant to prevent and, where necessary,

[PROPOSED] ORDER - 1

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

punish. Accordingly, the Court orders Plaintiffs/Plaintiffs' counsel to pay to Defendants, as a sanction, attorney's fees in the amount of $ _____.

The Court further orders as follows: _____

_____

_____.

DATED this _____ day of _____, 2021.

_____
The Honorable Barbara J. Rothstein
U.S. District Court Judge

Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants

By: *s/ Michael P. Brown*
    Michael P. Brown, WSBA #45618
    600 University Street, Suite 2915
    Seattle, Washington 98101-4172
    206.467.6477
    mbrown@gordontilden.com