The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TATIANA WESTBROOK, an individual; JAMES WESTBROOK, an individual; HALO BEAUTY PARTNERS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>KATIE JOY PAULSON, an individual; WITHOUT A CRYSTAL BALL, LLC, a Minnesota Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | NO.   2:20-cv-01606 BJR<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO QUALIFY COUNSEL TO CONTINUE REPRESENTATION |

THIS MATTER came before the Court on Defendant's Motion to Qualify Counsel to Continue Representation.  The Court, being familiar with the records and files herein, having considered the submissions of the parties, and being otherwise fully advised, hereby ORDERS that Defendant's Motion to Qualify Counsel to Continue Representation is GRANTED.

DATED this _____ day of _____, 2021.

_____
The Honorable Barbara J. Rothstein
U.S. District Court Judge

ORDER GRANTING DEFENDANTS' MOTION TO QUALIFY COUNSEL TO CONTINUE REPRESENTATION - 1
NO. 2:20-CV-01606 BJR

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants

By: *s/ Michael P. Brown*
    Michael P. Brown, WSBA #45618
    600 University Street, Suite 2915
    Seattle, Washington 98101-4172
    206.467.6477
    mbrown@gordontilden.com

ORDER GRANTING DEFENDANTS' MOTION TO QUALIFY COUNSEL TO CONTINUE REPRESENTATION - 2
NO. 2:20-CV-01606 BJR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477