THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATIANA WESTBROOK, an individual; JAMES WESTBROOK, an individual; HALO BEAUTY PARTNERS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>KATIE JOY PAULSON, an individual; WITHOUT A CRYSTAL BALL, LLC, a Minnesota Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | NO. 2:20-cv-01606-BJR<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR SANCTIONS** |

### ORDER

**THIS MATTER** COMES BEFORE THE Court upon Defendants' Motion for Sanctions ("Motion"). In ruling on this Motion, the Court considered the pleadings, declarations, exhibits, and briefing filed by the parties in this matter as well as the record.

Based on the foregoing, it is hereby **ORDERED** that Defendants' Motion for Sanctions is **DENIED**.

Dated this ___ day of _____, 2021.

_____
The Honorable Barbara J. Rothstein

*Presented by:*

CARROLL, BIDDLE, & BILANKO, PLLC

By: */s/ Jeffrey E. Bilanko*
Jeffrey E. Bilanko, WSBA 38829

*/s/ Susan K. Kaplan*
Susan K. Kaplan, WSBA 40985

Carroll, Biddle, & Bilanko, PLLC
1000 2nd Avenue, Suite 3100
Seattle, WA 98104
Phone: (206) 338-1496
Phone: (206) 338-1518
Email: jbilanko@cbblegal.com
Email: skaplan@cbblegal.com
Attorneys for Plaintiffs

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE LLP

By: */s/ Michael J. Saltz*
Michael J. Saltz

By: */s/ Elana R. Levine*
Elana R. Levine

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE LLP
1880 Century Park East, Suite 900
Los Angeles, CA 90067
Telephone: (310) 446-9900
Facsimile: (310) 446-9909
Email: msaltz@jrsnd.com
Email: lani@jrsnd.com
Attorneys for Plaintiffs

*Admitted pro hac vice*

---

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR SANCTIONS -2
(2:20-CV-01606-BJR)

CARROLL, BIDDLE, & BILANKO, PLLC
1000 2nd Avenue, Suite 3100
Seattle, WA 98104