# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| TATIANA WESTBROOK, an individual; JAMES WESTBROOK, an individual; HALO BEAUTY PARTNERS, LLC, a Nevada Limited Liability Company,<br>Plaintiffs,<br><br>v.<br><br>KATIE JOY PAULSON, an individual; WITHOUT A CRYSTAL BALL, LLC, a Minnesota Limited Liability Company; and DOES 1 through 100, inclusive,<br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:20-cv-1606-BJR |

\_\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

By Order of the Court, the Defendants' motion to dismiss is GRANTED.

Dated 13th day of April 2021.

                                              William M. McCool
                                              Clerk of Court

                                              s/Paula McNabb
                                              Deputy Clerk